UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-20608

SAFEWORLD INTERNATIONAL INC.,

           Plaintiff,

v.

JINGDONG E-COMMERCE (TRADE) HONG KONG CORPORATION, JD E-COMMERCE AMERICA LIMITED, WAL-MART.COM USA, LLC and WALMART INC.

           Defendants.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Safeworld International Inc. ("Safeworld"), by and through its undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| **Safeworld International Inc.** | **Plaintiff** |
| **Joel B. Rothman** | **Plaintiff's Counsel** |
| **Rachel I. Kaminetzky** | **Plaintiff's Counsel** |
| **Angela M. Nieves** | **Plaintiff's Counsel** |
| **SRIPLAW, P.A.** | **Plaintiff's Counsel** |
| **JD E-Commerce America Limited, Jingdong E-Commerce (Trade) Hong Kong Corporation, Wal-Mart.com USA, LLC, and Walmart Inc.** | **Defendants** |

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

**Safeworld International Inc. states that there are no other persons, associations or persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case other than the parties to this action and their respective counsel.**

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**Safeworld International Inc.**

I hereby certify that, except as disclosed above, I am unaware of any action or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: February 11, 2025                    Respectfully submitted,

                                            */s/ Joel B. Rothman*
                                            JOEL B. ROTHMAN
                                            Florida Bar Number: 98220
                                            joel.rothman@sriplaw.com
                                            ANGELA M. NIEVES
                                            Florida Bar Number: 1032760
                                            Angela.nieves@sriplaw.com
                                            RACHEL I. KAMINETZKY

Florida Bar Number: 1059614
rachel.kaminetzky@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Safeworld International Inc.*